UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60858-RAR

**TREVOR HOLDEN
AND MARIA MAYA,**
*individually and on behalf of
all others similarly situated,*

      Plaintiffs,

v.

**ANGI INC.,**

      Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiffs' Revised Stipulation for Dismissal ("Stipulation"), [ECF No. 21], filed on June 28, 2023. The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**, with each party to bear their own costs and attorneys' fees. Plaintiff Holden's claims against Defendant are dismissed *with prejudice*. Plaintiff Maya's claims against Defendant are dismissed *without prejudice*. The claims of the proposed classes are dismissed *without prejudice*. The Clerk is instructed to mark this case as **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of June, 2023.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**